# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAR 0 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

LARRY JAMES DEROSSETT, JR.,
Plaintiff
vs.
Eli Dillion, Scott Traylor AND DOES 1-100 inclusive
Defendant(s)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: 1:10 CV 00372 LJO SMS

I, **LARRY JAMES DEROSSETT, JR.**, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. **Correctional Training Facility, Soledad, CA.**

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed? ☒ Yes    ☐ No

   a. If the answer is "Yes" state the amount of your pay. **$10.84/mo. Total**

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☐ Yes   ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.non-hab (rev. 7/02)

4. Do you have cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount: ___0___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value. ___0___

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

NONE

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. ___0___

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

___12/7/09___
DATE

SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __18.10__ on account to his/her credit at

__CORRECTIONAL TRAINING FACILITY__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __5.23__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __11.81__.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

___2-10-10___
DATE

SIGNATURE OF AUTHORIZED OFFICER

ifpform.non-hab (rev. 7/02)

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

THIS IS TO CERTIFY THAT THE ATTACHED IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-10-10  BRENDA NATION
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  Brenda Nation, Accting Technician
TRUST OFFICE

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _DEROSSETT G 35046_ for the last six months at
[prisoner name]

_CORRECTIONAL TRAINING FACILITY_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _11.81_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _5.23_.

Dated: _2-10-10_      _Brenda Nation, Acting Technician_
                      Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-10-10 BRENDA NATION
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Acting Technician_

4

# CDCR
## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| G35046 | DEROSSETT, LARRY | CTF | NORBT1000000 | 00130U |

**Current Available Balance:** $18.10

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 09/11/2009 | CTF | BEGINNING BALANCE | | | | $21.06 |
| 09/26/2009 | CTF | SALES | 6 | | ($20.95) | $0.11 |
| 10/05/2009 | CTF | MEDICAL COPAY | 10/05 0971266 (10/1) | | ($0.11) | $0.00 |
| 10/07/2009 | CTF | PAY - SUPPORT | B15/SEP09/3 | | $10.84 | $10.84 |
| 10/07/2009 | CTF | DIRECT ORDER PAYMENT | | | ($2.86) | $7.98 |
| 10/07/2009 | CTF | ADMINISTRATIVE FEE | | | ($0.29) | $7.69 |
| 10/07/2009 | CTF | DIRECT ORDER PAYMENT | | | ($2.56) | $5.13 |
| 10/07/2009 | CTF | ADMINISTRATIVE FEE | | | ($0.25) | $4.88 |
| 10/07/2009 | CTF | MEDICAL COPAY | 10/05 0971266 (10/1) | | ($4.88) | $0.00 |
| 11/04/2009 | CTF | PAY - SUPPORT | B#11/OCT09/15 | | $20.00 | $20.00 |
| 11/04/2009 | CTF | DIRECT ORDER PAYMENT | | | ($5.27) | $14.73 |
| 11/04/2009 | CTF | ADMINISTRATIVE FEE | | | ($0.53) | $14.20 |
| 11/04/2009 | CTF | DIRECT ORDER PAYMENT | | | ($4.73) | $9.47 |
| 11/04/2009 | CTF | ADMINISTRATIVE FEE | | | ($0.47) | $9.00 |
| 11/04/2009 | CTF | LEGAL COPY | 11/02 L-COPIES | | ($2.20) | $6.80 |
| 11/04/2009 | CTF | LEGAL COPY | 11/02 L-COPIES/ENV | | ($1.46) | $5.34 |
| 11/04/2009 | CTF | LEGAL COPY | 11/02 L-COPIES | | ($0.60) | $4.74 |
| 11/04/2009 | CTF | MEDICAL COPAY | 10/22 275861 (10/21) | | ($4.74) | $0.00 |
| 12/16/2009 | CTF | PAY - SUPPORT | B#18/NOV09/11 | | $20.00 | $20.00 |
| 12/16/2009 | CTF | DIRECT ORDER PAYMENT | | | ($5.27) | $14.73 |
| 12/16/2009 | CTF | ADMINISTRATIVE FEE | | | ($0.53) | $14.20 |
| 12/16/2009 | CTF | DIRECT ORDER PAYMENT | | | ($4.73) | $9.47 |
| 12/16/2009 | CTF | ADMINISTRATIVE FEE | | | ($0.47) | $9.00 |
| 12/16/2009 | CTF | SALES | 52 | | ($8.90) | $0.10 |
| 02/02/2010 | CTF | PAY - SUPPORT | B#9/DEC09/7 | | $20.00 | $20.10 |
| 02/02/2010 | CTF | DIRECT ORDER PAYMENT | | | ($5.27) | $14.83 |
| 02/02/2010 | CTF | ADMINISTRATIVE FEE | | | ($0.53) | $14.30 |
| 02/02/2010 | CTF | DIRECT ORDER PAYMENT | | | ($4.73) | $9.57 |
| 02/02/2010 | CTF | ADMINISTRATIVE FEE | | | ($0.47) | $9.10 |
| 02/03/2010 | CTF | PAY - SUPPORT | B10/JAN10/16 | | $20.00 | $29.10 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-10-10 BRENDA NATION
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
TRUST OFFICE
Acting Technician

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

2

## Inmate Statement Report

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 02/03/2010 | CTF | DIRECT ORDER PAYMENT | | | ($5.27) | $23.83 |
| 02/03/2010 | CTF | ADMINISTRATIVE FEE | | | ($0.53) | $23.30 |
| 02/03/2010 | CTF | DIRECT ORDER PAYMENT | | | ($4.73) | $18.57 |
| 02/03/2010 | CTF | ADMINISTRATIVE FEE | | | ($0.47) | $18.10 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

### Restitution List

| Restitution | Court Case# | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|
| RESTITUTION FINE | CRF21177 | $1,000.00 | $0.00 | $0.00 | $1,000.00 |
| RESTITUTION FINE | CRF23348 | $200.00 | $0.00 | $0.00 | $200.00 |
| DIRECT ORDER | CRF23348 | $934.00 | $0.00 | ($23.94) | $657.78 |
| DIRECT ORDER | CRF27698 | $838.07 | $0.00 | ($21.48) | $590.38 |
| RESTITUTION FINE | CRF27698 | $1,000.00 | $0.00 | $0.00 | $1,000.00 |

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-10-10  BRENDA NATION
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: Brenda Nation
TRUST OFFICE
Acting Technician

3