# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

## OFFICE OF THE CLERK
## 501 "I" STREET
## SACRAMENTO, CA  95814

SCOTT N. JOHNSON

    v.

PRITPAL VIRK ET AL

_____

**DEFAULT JUDGMENT**

Case No. CIV S-09-2600 MCE JFM

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**PRITPAL VIRK and RUBY VIRK**

March 16, 2010

                VICTORIA C. MINOR, CLERK

                By:  _/s/NDDuong
                NDDuong, Deputy Clerk