IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY MACK LEONARD,

              Plaintiff,                          No. 2:09-cv-3423-MCE-JFM (PC)

        vs.

EDWARD N. BONNER et al.,

              Defendants.

_____/        <u>ORDER</u>

To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

        On February 24, 2010, the Director of the California Department of Corrections and Rehabilitation was ordered to collect funds from plaintiff's prison account pursuant to the Prisoner Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915.  Because plaintiff is a civil detainee rather than a prisoner and, thus, not subject to the PLRA's requirements, the order to collect funds is erroneous and will be vacated.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The February 24, 2010 order to collect funds is vacated;

        2.  Any funds that have been collected from plaintiff's prison account in connection with this action shall be reimbursed;

1

1    3.  The Clerk of the Court is directed to serve a copy of this order on Director,

2    California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California

3    95814; and

4    4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

5    Department of the court.

6    DATED: March 11, 2010.

7

8    _____
     UNITED STATES MAGISTRATE JUDGE

9

10   014/leon3423.cdc.rsnd