UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARY FEEZOR,

        Plaintiff,

    v.

ROSS DRESS FOR LESS, INC., et al.,

        Defendants.
_____/

NO. Civ.S-09-3350 LKK/CMK

**AMENDED ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case as to defendant Ross Dress for Less, Inc. **only.** The court now orders that the dispositional documents disposing of this defendant be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore **VACATED** are reinstated.

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

////

////

////

1

1 <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2     IT IS SO ORDERED.

3     DATED: March 18, 2010.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```