IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN S. CAMILLO and CELINA SALAZAR CAMILLO,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>WASHINGTON MUTUAL BANK, F.A., CALIFORNIA RECONVEYANCE CO., QUALITY LOAN SERVICE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., and DOES 1 through 50 inclusive,<br>　　　　Defendants. | 1:09-CV-1548 AWI SMS<br><br>ORDER CLOSING CASE |

On January 13, 2010, the Court dismissed with prejudice all claims against California Reconveyance Company. See Court's Docket Doc. No. 17. The Court also dismissed all claims against WAMU/JP Morgan Chase with prejudice, except for the fourth cause of action which was dismissed without prejudice to amendment. See id. Plaintiffs were given until February 5, 2010, in which to file an amended complaint. See id. The Plaintiffs were also ordered to show cause by January 26, 2010, why the other two defendants in this case should not be dismissed under Rule of Civil Procedure 4(m). See id.

On February 3, 2010, the Court dismissed defendants MERS and Quality Loan Service under Rule 4(m) because Plaintiffs failed to respond to the order to show cause. See id. at Doc.

No. 18.

As of the date of this order, Plaintiffs have failed to file an amended complaint. Indeed, there have been no filings with the Court from the Plaintiffs since November 19, 2009.

Due to the dismissal of MERS and Quality, there was only one potentially viable cause of action against one defendant (WAMU/JPMorgan Chase). However, since Plaintiffs have failed to file an amended complaint, there are no viable causes of action left against any defendant in the operative complaint. Because the operative complaint contains no viable claims against any defendant and the time to file an amended complaint has passed, it is appropriate to close this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants California Reconveyance Company and WAMU/JP Morgan Chase are DISMISSED; and
2. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:    February 8, 2010            /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE

2