# INSTRUCTIONS FOR COMPLETING FORM USM-285

After the court has issued an order granting your application to proceed without prepayment of fees and directing that service of process be made by the United States Marshal, you must complete an original USM-285 form for *each individual defendant named in your action.*

1. PLAINTIFF: Print your name.
2. COURT CASE NUMBER: Print the complete case number listed on your complaint.
3. DEFENDANT: Print the name of one defendant on each separate form.
4. TYPE OF PROCESS: Print "Summons and Complaint."
5. SERVE AT: Enter the name and address for service of one defendant on each individual USM-285 form.
6. SEND NOTICE OF SERVICE TO REQUESTER AT: Enter your name and mailing address.
7. NUMBER OF PROCESS TO BE SERVED WITH THIS FORM - 285: 1.
8. NUMBER OF PARTIES TO BE SERVED IN THIS CASE: Enter the number of defendants you have named in your suit.
9. CHECK FOR SERVICE ON U.S.A.: Check ONLY if the defendant listed on the form is an entity of the U.S. Government.
10. Sign and date the form, check the box marked "PLAINTIFF" and enter your telephone number (if one is available).

☐ **If you are the plaintiff and are currently incarcerated**, you must return the completed USM-285 forms to the Clerk's Office at 2500 Tulare Street, Room 1501, Fresno, CA 93721, together with the following:

1. An original Summons for each defendant to be served;
2. A file-endorsed copy of the complaint to be served on each individual defendant;
3. One copy of the complaint for the U.S. Marshal's file.
4. The completed "Notice of Submission of Documents" form enclosed herewith.

PLEASE NOTE that only the defendants against whom the court has determined you have a cognizable claim will be served.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

```
_____     )
                           )
                           )
_____,    )   No. 1:___-cv-_____
                           )
     Plaintiff/Petitioner, )
                           )   NOTICE OF SUBMISSION
vs.                        )   OF DOCUMENTS
                           )
_____,    )
                           )
     Defendant/Respondent. )
_____)
```

Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

      _____   completed USM-285 forms

      _____   copies of the complaint/amended complaint

      _____   completed Summons forms

DATED:_____        _____
                             Signature of Plaintiff/Petitioner

AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN   District of   CALIFORNIA

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within **21** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK                                                                                     DATE

(By) DEPUTY CLERK