1  Juli E. Farris (SBN 141716)
   KELLER ROHRBACK, L.L.P.
2  1201 Third Avenue, Suite 3200
   Seattle, Washington 98101
3  Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
4  jfarris@kellerrohrback.com
5
   Attorneys for Plaintiffs
6  *Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOEL D. RADER, VINCENT SEALY, | No. 2:10-CV-00222-MCE-GGH |
| Plaintiffs, | |
| v. | **STIPULATION AND [ORDER FOR ENLARGEMENT OF TIME FOR ROBERT EDDY TO RESPOND TO COMPLAINT** |
| HERBERT C. BRUISTER, AMY O. SMITH, JONDA HENRY, ROBERT EDDY, and BRUISTER FAMILY LLC, | |
| Defendants, | |

Pursuant to Eastern District Local Rule 144(a), Plaintiffs and Defendant Robert Eddy hereby stipulate and agree that Defendant Eddy shall have an additional 18 days to file a responsive pleading to the Complaint, such that the new deadline for Defendant Eddy's responsive pleading is now **April 9, 2010**. The Court previously approved an initial 28-day continuance (Dkt. 11).

1

PDF created with pdfFactory trial version www.pdffactory.com

DATED: March 18, 2010

KELLER ROHRBACK, L.L.P.

By: */s/ Juli E. Farris*
    Juli E. Farris
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101
    Telephone: (206) 623-1900
    Facsimile: (206) 623-3384
    jfarris@kellerrohrback.com

| KELLER ROHRBACK, P.L.C. | |
|---|---|
| Gary D. Greenwald | |
| Gary A. Gotto | YEZBAK LAW OFFICES |
| 3101 North Central Avenue, Suite 1400 | Charles P. Yezbak, III |
| Phoenix, Arizona 85012 | 2002 Richard Jones Road, Suite B-200 |
| Telephone: (602) 248-0088 | Nashville, Tennessee 37215 |
| Facsimile: (602) 248-2822 | Telephone: (615) 250-2000 |
| ggreenwald@krplc.com | Facsimile: (615) 250-2020 |
| ggotto@krplc.com | Yezbak@yezbaklaw.com |

Of Counsel

By: */s/ Robert Eddy (with consent)*
    Robert Eddy
    12168 Stallion Way
    Truckee, California 96161
    Pro Per

2

Stipulation and Order

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon consideration of the above stipulation and good cause appearing therefrom,

IT IS HEREBY ORDERED that Defendant Robert Eddy shall file his responsive pleading no later than **April 9, 2010**.

IT IS SO ORDERED.

Dated: March 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **March 18, 2010, Stipulation and Proposed Order for Enlargement of Time for Robert Eddy to Respond to Complaint** was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system.

Christopher J. Rillo
Nicole S. Magaline
Schiff Hardin LLP
One Market Spear Street Tower
Thirty-Second Floor
San Francisco, California 94105
Attorneys for Defendants
Herbert C. Bruister, Jonda Henry, and Bruister Family LLC

By: ___/s/ Juli E. Farris___

4

PDF created with pdfFactory trial version www.pdffactory.com

Stipulation and Order