1
2
3    UNITED STATES DISTRICT COURT
4    NORTHERN DISTRICT OF CALIFORNIA
5
6
7    NATHAN BANKS,
8              Petitioner,                        No. C 08-00899 PJH (PR)
9       vs.                                       **JUDGMENT**
10   WARDEN A. HEDGPETH,
11             Respondent.
                                            /
12
13        The court having entered a ruling today denying the petition for a writ of habeas
14   corpus, judgment is entered in favor of respondent and against petitioner.  Petitioner shall
15   obtain no relief by way of his petition.
16        **IT IS SO ORDERED.**
17   Dated: 2/8/10
                                            _____
18                                          PHYLLIS J. HAMILTON
                                            United States District Judge
19
20
21
22
23
24
25
26
27
28   G:\PJHALL\ORDERS\08\banks judgment ED Cal pro se prisoner case.wpd