UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLEO WESTERFIELD,

    Plaintiff,

v.

M.T.A. SPINKS, *et al.*,

    Defendants.

No. 2:08-CV-1970-RCF

ORDER CLOSING MOTIONS

## ORDER CLOSING MOTIONS

On February 9, 2010, Plaintiff Cleo Westerfield filed a pleading entitled "Motion for Judges To Take Notice of 3rd Striker's Conduct and Authorize Achievements." The present case was closed on February 10, 2010. This motion would have been irrelevant to that action in any event and is denied.

The Clerk of the Court is directed to close Westerfield's motion (docket number 27).

DATED: February 10, 2010

/s/ Raymond C. Fisher
Raymond C. Fisher,
United States Circuit Judge
Sitting by Designation