IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DIAS and EVELYN DIAS, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> NATIONWIDE LIFE INSURANCE ) <br> COMPANY, an Ohio corporation, and ) <br> DOES 1 through 10, ) <br> ) <br> Defendants. ) <br> _____ ) | 1:09-CV-524 AWI DLB <br><br> ORDER RESETTING PRE-TRIAL CONFERENCE TO APRIL 9, 2010 |

      Trial in this matter is currently set for May 18, 2010. The pre-trial conference is currently set for March 30, 2010. On the same day that the Court moved the pre-trial conference to March 30, 2010, the parties filed a stipulation to move the pre-trial conference to April 9, 2010. The Court will give effect to the stipulation.

      Accordingly, IT IS HEREBY ORDERED that the Pre-Trial Conference date of March 30, 2010, is VACATED and the Pre-Trial Conference is RESET to April 9, 2010, at 8:30 a.m. in Courtroom No. 2.

IT IS SO ORDERED.

**Dated:  March 16, 2010**                       /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE