# UNITED STATES DISTRICT COURT

| | |
|---|---|
| ROLINZO FLOWERS,<br><br>   Plaintiff,<br><br> v.<br><br>COUNTY OF FRESNO, FRESNO COUNTY SHERIFF MARGARET MIMS, FRESNO COUNTY SHERIFF DEPUTY RYAN HUSHAW, DEPUTY DANIEL BUIE, DEPUTY RANDALL SWINEY, SHERIFF SERGEANT KEVIN SMITH, SHERIFF SARGENT ARLEY TERRANCE, SHERIFF SARGENT KATHY CARREIRO, SHERIFF SARGENT JOHN GOLDEN, SHERIFF DETECTIVE ROBERT BUENTOSTRO, and DOES 1 through 5, inclusive,<br><br>   Defendants. | 1:09-cv-00051 LJO GSA<br><br>ORDER DENYING DEFENDANTS' EX PARTE APPLICATION FOR LIMITED MODIFICATION OF SCHEDULING ORDER<br><br>(Document 31) |

On February 23, 2010, Defendants, County of Fresno ("Defendants"), filed the instant ex parte application to modify the scheduling order so that they may file subpoenas and/or motions to compel on the Sacramento County Sheriff's Department and the City of Kingsburg Police Department. However, in the request, Defendants have not provided proposed dates, nor have they explained how any modification will impact the pretrial and trial dates. Moreover, the Court will not modify the scheduling order without giving the opposing party an opportunity to respond

1

1 to this request, especially in this case since the non-expert discovery deadline has expired.[1] (Doc.
2 12).
3 The Court notes that the pretrial conference is currently scheduled for May 3, 2010, and
4 the trial is scheduled for June 14, 2010. The Court is not inclined to alter these dates. The parties
5 are advised that they should meet and confer to resolve this issue. If the parties are unable to
6 stipulate to an agreeable modification, the issue may be raised at the settlement conference
7 currently scheduled for March 3, 2010 at 8:30 a.m.
8 Accordingly, Defendants' ex parte application to modify the scheduling order is DENIED.
9 IT IS SO ORDERED.
10 Dated: **February 24, 2010**         /s/ **Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] In a scheduling order issued on May 29, 2009, the non-expert discovery deadline was February 5, 2010. (Doc. 12). On February 19, 2010, the Court adopted a stipulation signed by the parties that the non-expert discovery deadline be extended until February 26, 2010, for the limited purpose of taking the deposition of Darrick Wells, M.D. (Doc. 30).