| | |
|---|---|
| 1 | Douglas C. Straus (Bar No. 96301)<br>dstraus@archernorris.com |
| 2 | Juliet R. Jonas (Bar No. 252275)<br>jjonas@archernorris.com |
| 3 | ARCHER NORRIS<br>2033 North Main Street, Suite 800 |
| 4 | Walnut Creek, CA 94596-3759<br>Telephone: 925.930.6600 |
| 5 | Facsimile: 925.930.6620 |
| 6 | Attorneys for Defendants<br>CAPITAL ONE, N.A., successor by merger to |
| 7 | Chevy Chase Bank, F.S.B. (sued herein as "Chevy Chase Bank, FSB" and "Capital One, N.A."); and |
| 8 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DLORAH ALVA-CASTLES and KARLTON CASTLES,<br><br>Plaintiffs,<br><br>v.<br><br>COMMITMENT LENDING, a California corporation; AMERICAN MORTGAGE GROUP, a California business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation; CHEVY CHASE BANK FSB, a federally chartered thrift; CAPITAL ONE, N.A., a Delaware corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:10-CV-00020-JAM-KJM<br><br>**PROPOSED ORDER GRANTING DEFENDANTS AN EXTENSION TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT BASED ON STIPULATION**<br><br>Complaint filed: January 5, 2010 |

Pursuant to a stipulation entered into between defendants CAPITAL ONE, N.A., successor by merger to Chevy Chase Bank, F.S.B. (sued herein as "Chevy Chase Bank, FSB" and "Capital One, N.A.") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("Defendants") and plaintiffs DLORAH ALVA-CASTLES and KARLTON CASTLES, this Court hereby approves the extension of the deadline for Defendants to file a responsive pleading to the Complaint to March 29, 2010.

C0194080/926270-1

ORDER GRANTING EXTENSION TO FILE
RESPONSIVE PLEADING

PDF created with pdfFactory trial version www.pdffactory.com

1     This extension is approved in order to allow defendants CAPITAL ONE, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. the opportunity to fully review the complaint, the applicable loan documents, and file a responsive pleading.

Dated: March 17, 2010            /s/ John A. Mendez
                                          The Honorable John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com