**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF MERCED, KEITH PELOWSKI, and RAQUEL RIOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LOPEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF MERCED, CITY OF MERCED, DETECTIVE PELOWSKI #124, DETECTIVE RIOS #198, DEPUTY KATHY ST. MARIE AND DOES 5 through 10, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 1:08-CV-01475-OWW-SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ERIC LOPEZ, Defendants COUNTY OF MERCED and DEPUTY KATHY ST. MARIE ("County Defendants"), and Defendants CITY OF MERCED, DETECTIVE PELOWSKI and DETECTIVE RIOS ("City Defendants"), by and through their respective undersigned counsel, that any and all claims against Defendant CITY OF MERCED be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

DATED: February 17, 2010        WILLIAMSON & KRAUSS

By   /s/ Todd B. Krauss
      Todd B. Krauss
      Attorney for Plaintiff ERIC LOPEZ

1
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00754064.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

| | |
|---|---|
| DATED: February 17, 2010 | COUNTY COUNSEL OF MERCED |
| | By /s/ James E. Stone |
| | James E. Stone<br>Roger S. Matzkind<br>Attorneys for COUNTY OF MERCED<br>and DEPUTY KATHY ST. MARIE |
| DATED : February 17, 2010 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | By /s/ Terence J. Cassidy |
| | Terence J. Cassidy<br>John R. Whitefleet<br>Glen A. Williams<br>Attorneys for Defendants<br>CITY OF MERCED, KEITH PELOWSKI, and RAQUEL RIOS |

IT IS SO ORDERED.

**Dated: February 18, 2010**     **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE