**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants CITY OF MERCED, KEITH PELOWSKI, and RAQUEL RIOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LOPEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF MERCED, CITY OF MERCED, DETECTIVE PELOWSKI #124, DETECTIVE RIOS #198, DEPUTY KATHY ST. MARIE AND DOES 5 through 10, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 1:08-CV-01475-OWW-SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ERIC LOPEZ, Defendants COUNTY OF MERCED and DEPUTY KATHY ST. MARIE ("County Defendants"), and Defendants CITY OF MERCED, DETECTIVE PELOWSKI and DETECTIVE RIOS ("City Defendants"), by and through their respective undersigned counsel, that any and all claims against Defendants COUNTY OF MERCED and DEPUTY KATHY ST. MARIE be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

DATED: February 17, 2010            WILLIAMSON & KRAUSS


                                By   /s/ Todd B. Krauss
                                     _____
                                     Todd B. Krauss
                                     Attorney for Plaintiff ERIC LOPEZ

| | | |
|---|---|---|
| 1 | DATED: February 17, 2010 | COUNTY COUNSEL OF MERCED |
| 2 | | |
| 3 | | By /s/ James E. Stone |
| 4 | | James E. Stone<br>Roger S. Matzkind<br>Attorneys for COUNTY OF MERCED |
| 5 | | and DEPUTY KATHY ST. MARIE |
| 6 | | |
| 7 | DATED : February 17, 2010 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| 8 | | |
| 9 | | By /s/ Terence J. Cassidy |
| 10 | | Terence J. Cassidy<br>John R. Whitefleet |
| 11 | | Glen A. Williams<br>Attorneys for Defendants |
| 12 | | CITY OF MERCED, KEITH<br>PELOWSKI, and RAQUEL RIOS |
| 13 | | |
| 14 | IT IS SO ORDERED. | |
| 15 | **Dated:   February 18, 2010** | **/s/ Oliver W. Wanger**<br>UNITED STATES DISTRICT JUDGE |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

00756289.WPD