# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MICHAEL J. HICKS, ) </br> ) </br> Plaintiffs, ) </br> ) </br> v. ) </br> ) </br> J. BLACKBURN, JOHN DOES 2 ) </br> THRU 5, et al., ) </br> ) </br> Defendants. ) </br> _____) | CV 07-CV-00006 BLW-LMB (PC) </br></br></br> **JUDGMENT** |

Earlier on this date, the Court dismissed this entire action without prejudice. In accordance with that Order, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this entire case is DISMISSED without prejudice.

DATED: **March 17, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

JUDGMENT 1