# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROAS V. BARNETT,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID NORMAN, et al.,<br><br>        Defendants. | CASE NO. 1:05-cv-01022-YNP PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff Troas V. Barnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The Court screened Plaintiff's third amended complaint pursuant to 28 U.S.C. § 1915A and found that it stated cognizable claims against Defendants Gamboa, Duran, and Torres for the use of excessive force in violation of the Eighth Amendment.[1] See Fed. R. Civ. P. 8(a); see also Erickson v. Pardus, 551 U.S. 89, 93-94 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

           MARTIN GAMBOA

           ANGEL DURAN

           MANUEL TORRES

///

---

[1] In an ordered issued concurrently with this order, the Court dismissed Plaintiff's other claims.

1

2. The Clerk of the Court shall send Plaintiff three USM-285 forms, three summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed on October 30, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed notice to the Court with the following documents;

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed complaint filed October 30, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order may result in this action being dismissed</u>.

IT IS SO ORDERED.

**Dated: March 17, 2010**     /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE