# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMA CAPITAL INSURANCE COMPANY, as successor-in-interest to CALIBER ONE INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SAFETY INDEMNITY COMPANY,<br><br>Defendants. | Case No. 2:08-cv-02258 JAM DAD<br><br>**JUDGMENT FOR DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY, AND AGAINST PLAINTIFF PMA CAPITAL INSURANCE COMPANY ON ALL CAUSES OF ACTION** |

The motions of Plaintiff PMA CAPITAL INSURANCE COMPANY ("Plaintiff"), and of Defendant AMERICAN SAFETY INDEMNITY COMPANY ("Defendant") for summary judgment, pursuant to Federal Rule of Civil Procedure 56, came on regularly for hearing on March 3, 2010.  The Court, having considered all moving and opposing papers, the arguments of counsel, and all other materials and evidence presented, having DENIED Plaintiff's motion for summary judgment, and having GRANTED Defendant's motion for summary judgment as to all causes of action in Plaintiff's complaint,

ORDERS AND ADJUDGES,

1. That plaintiff take nothing by reason of its complaint against defendant;

1

**[PROPOSED] JUDGMENT AGAINST PLAINTIFF PMA CAPITAL INSURANCE COMPANY, AND FOR DEFENDANT AMERICAN Y INDEMNITY COMPANY ON ALL CAUSES OF ACTION**

2. That defendant recover from plaintiff its costs of suit, if any, to be determined by the Court pursuant to motion; and

3. That plaintiff's Complaint be, and hereby is, dismissed.

IT IS SO ORDERED.

DATED: 03/16/2010					/s/ John A. Mendez
								JOHN A. MENDEZ
								United States District Judge