UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BRYSON WEBB and YVONNE WEBB,

    Plaintiffs,

    v.

INDYMAC BANK HOME LOAN SERVICING, INDYMAC FEDERAL BANK, INDYMAC MORTGAGE SERVICES, MTC FINANCIAL, INC. d/b/a TRUSTEE CORPS., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MTH MORTGAGE, LLC, JOYCE S. PERKINS, and DOES 1 through 20, inclusive,

    Defendants.

NO. CIV. 2:09-2380 WBS DAD

ORDER RE: SANCTIONS

----oo0oo----

On February 16, 2010, the court issued an Order to Show Cause ordering that defendant MTC Financial, Inc. should either pay $200.00 in sanctions to the clerk of the court or submit a statement of good cause for defendant's failure to supply its corporate disclosures by February 26, 2010. (Docket No. 48.) On

February 17, 2010, defendant's counsel submitted a statement of good cause, contending that they inadvertently neglected to provide the court with the disclosures because at the time there was no operative complaint.

Defendant's statement does not demonstrate good cause for its failure to file corporate disclosures with the court. The court twice explicitly ordered defendant to submit to the court a statement of its corporate disclosures in its Order Setting Status (Pretrial Scheduling) Conference of August 26, 2009 and Minute Order of January 10, 2010. Defendant's statement of good cause merely states that defendant was negligent. A district court has the authority under to impose sanctions for even unintentional or negligent noncompliance with the court's pretrial orders. See, e.g., Lucas Auto. Eng'g, Inc. v. Bridgestone/Firestone, Inc., 275 F.3d 762, 769 (9th Cir. 2001) (upholding Rule 16 sanctions imposed on a party for unintentionally failing to attend a scheduled mediation due to an incapacitating headache); Ayers v. City of Richmond, 895 F.2d 1267, 1270 (9th Cir. 1990) (upholding a district court's sanctions under Rule 16(f) where counsel failed to appear for a settlement conference because the date "slipped by him"); Mt. Shasta Title & Escrow Co. v. Pennbrook Homes, No. 07-963, 2007 WL 4210478, at *2 (E.D. Cal. Nov. 28, 2007) (Burrell, J.) (sanctioning counsel $200 for mistakenly filing an inaccurate status report indicating that a party had been served).

///
///
///
///

IT IS THEREFORE ORDERED that, within 10 days of the date of this Order, defendant shall pay sanctions of $200.00 to the clerk of the court.

DATED:  March 12, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE