UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD ADAMS, | ) | 2:07-cv-00777-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| C. GIBSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On April 25, 2007, the plaintiff consented to the United State Magistrate Judge's consideration of this matter for all purposes pursuant to 28 U.S.C. § 636(c)(1). Thereafter, for unknown reasons a second copy of the magistrate judge consent form was apparently sent to the parties. The defendants consented to the jurisdiction of the magistrate judge. The plaintiff, however, declined to consent. Because of the inconsistency between the forms signed by plaintiff on April 25, 2007, and on February 11, 2010, the plaintiff will have until March 30, 2010, within which to advise

1

the court whether he does or does not consent to the referral of this matter to the magistrate judge.  In the event plaintiff elects to not advise the court, the court will accept the original consent and refer this matter to the magistrate judge.

IT IS SO ORDERED.

DATED: This 15th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE