| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Lawrence E. Butler (State Bar No. 111043)<br>Andrea Anapolsky (State Bar No. 238297) |
| 3 | 560 Mission Street, Suite 3100<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 5 | Attorneys for Defendant |
| 6 | ROLF C. HAGEN (USA) CORP. |
| 7 | LAW OFFICES OF CHRISTOPHER W. SWEENEY |
| 8 | Christopher W. Sweeney (SBN 143217)<br>1500 Oliver Road Suite K, PMB 321 |
| 9 | Fairfield, CA 94535<br>Telephone: (707) 435-1244 |
| 10 | Facsimile: (707) 435-1245 |
| 11 | Attorneys for Plaintiff<br>BOLAND, INC., A California corporation dba S&S SUPPLIES |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOLAND INC., a California corporation dba S&S Supplies, | ) | Case No. 2:08-CV-02201-LKK-JFM |
| | ) | |
| Plaintiff, | ) | **AMENDED STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE** |
| v. | ) | |
| | ) | Trial Date: May 11, 2010 |
| ROLF C. HAGEN (USA) CORP., | ) | |
| Defendant. | ) | |

Pursuant to General Local Rule 143, IT IS HEREBY STIPULATED by and between Plaintiff Boland, Inc., a California Corporation dba S&S Supplies ("Plaintiff") and Rolf C. Hagen (USA) Corp. ("Defendant"), by and through their respective attorneys of record, that due to defense counsel's involvement in another trial, which has been rescheduled to begin March 12 and last through April 2010, with one available week from April 12-16, the pre-trial conference presently scheduled on April 5, 2010 at 2:30 p.m. shall be continued to April 12, 2010 at 2:30 p.m.

Stipulation and [Proposed] Order to Cont. Pre-Trial Conference / 2:08-CV-02201-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATED: | March 3, 1010 | SEYFARTH SHAW LLP |
| | | By /s/ Andrea K. Anapolsky |
| | | Lawrence E. Butler |
| | | Andrea Anapolsky |
| | | Attorneys for Defendant |
| | | ROLF C. HAGEN (USA) CORP. |
| DATED: | March 3, 1010 | LAW OFFICES OF CHRISTOPHER W. SWEENEY |
| | | By /s/ Christopher W. Sweeney |
| | | Christopher W. Sweeney |
| | | Attorneys for Plaintiff |
| | | BOLAND, INC., A California corporation dba S&S SUPPLIES |

**ORDER**

IT IS SO ORDERED that the Pre-Trial Conference, currently scheduled for April 5, 2010 at 2:30 p.m. is continued to April 12, 2010 at 2:30 p.m.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: March 9, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com