# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICONFIND INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YAHOO! INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO. 2:09-CV-00109-(WBS)-(JFM)<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON DEFENDANT YAHOO! INC'S MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE AMENDED ANSWER** |

Good cause having been shown, it is hereby ORDERED that the hearing on Defendant Yahoo! Inc.'s Motion to Amend Scheduling Order and for Leave to File Amended Answer is reset to April 12, 2010 at 2:00 PM.

Dated: February 5, 2010

　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

02917.51492/3314332.1

1