KEVIN B. BRIGGS
  County Counsel
JUSTIN B. ATKINSON
  Deputy County Counsel – State Bar No. 251201
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California 93721

Telephone: (559) 488-3479
Facsimile: (559) 488-1900

Attorneys for County of Fresno

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DEMETRIUS L. HARVEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, a municipal corporation; Officer Jesus Cerda; Officer Brent Willey; Detective Robert Gonzales; Detective B. Valles in their individual capacities, DOES 1 through 25, inclusive.<br><br>　　　　　Defendants. | Case No.　1:08-cv-01399-OWW-DLB<br><br>**ORDER GRANTING COUNTY OF FRESNO'S MOTION TO DISMISS** |

　　　The motion to dismiss filed by defendant COUNTY OF FRESNO came on for hearing March 8, 2010. Defendant was represented by Justin B Atkinson. Plaintiff, Demetrius Harvey, who is proceeding in pro per, appeared on his own behalf.

///
///
///
///

---

Order　　　　　　　　　　　　　　　　　　　　　1　Court Case No. 1:08-cv-01399-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

After reviewing the papers submitted by the parties and hearing oral argument on the issues presented, the court determined that plaintiff was given several opportunities to amend his complaint but failed to provide sufficient factual allegations. The court orders that defendant's motion is granted in its entirety, and plaintiff's claims against the COUNTY OF FRESNO are dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: March 18, 2010          __/s/ OLIVER W. WANGER_____
                                                Honorable Oliver W. Wanger
                                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com