# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | CASE NO. 1:08-cv-00136-GSA PC |
| Plaintiff, | ORDER STRIKING MOTION FOR LEAVE TO FILE PRETRIAL STATEMENT AND PROPOSED PRETRIAL STATEMENT AS DUPLICATIVE OF COURT DOCUMENT 59, FILED ON JANUARY 26, 2010 |
| v. | |
| C/O JUAN MEDINA, et al., | |
| Defendants. | (Doc. 64) |

On February 1, 2010, Plaintiff filed a motion seeking leave to his pretrial statement and submitted a proposed pretrial statement. This filing is duplicative of the one received and filed by the Court on January 26, 2010, which is subject to the Court's second order to show cause filed on February 1, 2010.

Plaintiff's February 1, 2010, filing is HEREBY ORDERED STRICKEN from the record on the ground that it is duplicative of court document 59, filed on January 26, 2010.

IT IS SO ORDERED.

Dated: **February 2, 2010**         /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE

1