IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Marc A. Sterr,

    Plaintiff,

vs.

D. Baptista, et al.,

    Defendants.

_____/

CASE NO. 2:08-CV-2307 DOC P

## ORDER

Before the Court are the following motions: (1) Plaintiff's Motion for Judicial Notice of Expert Witness; and (2) Plaintiff's Motion for Judicial Notice of Plaintiff's Declaration in Support of Plaintiff's Motion for Reconsideration of Denial of Temporary Restraining Order (collectively the "Motions"). The Court hereby GRANTS the Motions. Nonetheless, after careful consideration of the declarations, the Court concludes that they do not change the Court's ruling regarding Plaintiff's Motion for Reconsideration of Denial of Temporary Restraining Order.

DATED: February 5, 2010

*David O. Carter*
UNITED STATES DISTRICT COURT JUDGE
Sitting by Designation