# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. OCHOTORENA,<br><br>        Plaintiff,<br><br>   v.<br><br>DARREL G. ADAMS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-cv-01524-LJO-DLB PC<br><br>ORDER VACATING MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR PENDING SUBMISSION OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 230(L)<br><br>(Doc. 55) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Richard A. Ochotorena ("Plaintiff"), a state prisoner proceeding pro se. Pending before the Court is a motion for summary judgment and partial summary judgment, filed April 3, 2009, by Defendants Rodriguez, Lane, Darrel G. Adams, J. Reynoso, K. Curtiss, H. Duncan, J. Fambrough, and K. Kalkis ("Defendants"). Plaintiff filed an opposition to the motion, but also filed a Rule 56(f) motion requesting that the Court not rule on Defendants' motion for summary judgment until discovery has been completed.

The Court has reviewed the record in this action. By separate order, Plaintiff will be granted additional time to conduct discovery. See Fed. R. Civ. P. 56(f). Accordingly, in light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendants' motion for summary judgment, filed April 3, 2009, is HEREBY DEEMED VACATED from the Court's calendar until Plaintiff's opposition and Defendants' reply, if any, is submitted pursuant to Local Rule 230 (l).

IT IS SO ORDERED.

    Dated:   **March 19, 2010**                **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE