# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUAN MEDINA and<br>DAVID WILLIAMS,<br><br>　　　　　Defendants.　　/ | CASE NO. 1:08-cv-00136-GSA PC<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO CONTINUE JURY TRIAL<br><br>(Doc. 78)<br><br>Jury Trial:　April 14, 2010<br>Time:　　　　8:30 a.m.<br>Courtroom:　10 (GSA) |

　　　　This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff John Ray Dynes, a county prisoner proceeding pro se and in forma pauperis. This action is proceeding on Plaintiff's amended complaint, filed April 24, 2008, against Defendants Juan Medina and David Williams for use of excessive physical force, in violation of the Eighth Amendment. This matter is set for jury trial on March 15, 2010.

　　　　On February 16, 2010, Defendants filed a motion seeking a continuance of the trial date based on insufficient time to prepare in light of the proceedings to date involving Plaintiff's failure to file a timely pretrial statement and the Court's resolution of the order to show cause against Plaintiff. After careful consideration, the Court HEREBY ORDERS as follows:

　　　　1.　　　　Defendants' motion to continue trial is GRANTED; and

///
///
///

1

2. Jury trial is continued from March 15, 2010, to April 14, 2010 at 8:30 a.m. in Courtroom 10.

IT IS SO ORDERED.

Dated: **February 17, 2010**           /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE