1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment & Natural Resources Division
   United States Department of Justice
3  PATRICIA L. HURST
   District of Columbia Bar No. 438882
4  Trial Attorney
   Environmental Enforcement Section
5  Environment & Natural Resources Division
   United States Department of Justice
6  P.O. Box 7611
   Washington, DC  20044
7  Telephone: (202) 307-1242
   Fax: (202) 514-2583
8  Email: patricia.hurst@usdoj.gov

9  Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiffs,<br><br>v.<br><br>**STERLING CENTRECORP INC., STEPHEN P. ELDER, and ELDER DEVELOPMENT, INC.,**<br><br>Defendants. | No.: 2:08-CV-02556-MCE-JFM<br><br>**STIPULATION AND ORDER REFERRING CASE IN PART FOR MEDIATION; WAIVER OF DISQUALIFICATION OF ASSIGNED MAGISTRATE JUDGE ACTING AS SETTLEMENT JUDGE** |

Plaintiffs the United States of America and the California Department of Toxic Substances Control, through their respective counsel, and Defendants Stephen P. Elder and Elder Development, Inc., representing themselves *pro se* ("Mediating Parties"), hereby submit the following stipulation and proposed order referring the case in part to Magistrate Judge Moulds for mediation.

1

RECITALS

1. The Mediating Parties are actively litigating the above-captioned matter. Fact discovery is ongoing.

2. Based upon discussions between the Mediating Parties, the Mediating Parties believe that participation in mediation is appropriate at this stage of the litigation.

3. The Mediating Parties have requested that Magistrate Judge Moulds mediate their disputes, and Magistrate Judge Moulds has indicated a willingness to do so.

STIPULATION AND REQUEST

Based on the foregoing recitals, the parties hereby STIPULATE that:

1. It is in the interest of justice that the matter be referred in part for mediation before Magistrate Judge Moulds at the time set by the Court. The mediation shall address only claims and defenses existing among the Mediating Parties. Defendant Sterling Centrecorp, Inc., has been informed of and does not object to this Stipulation and Proposed Order.

2. The Mediating Parties further expressly agree to waive any objections or claims to disqualify Magistrate Judge Moulds from acting as a settlement judge. The Mediating Parties do not consent to the settlement judge acting as a trial judge in this case.

3. No discovery or pre-trial deadlines will be stayed during the period of mediation.

4. All parties are required to attend the mediation in person. A corporation satisfies this attendance requirement if represented by a person who has, to the greatest extent possible, authority to settle, and who is knowledgeable about the facts of the action and the corporation's position in the action. A governmental entity satisfies this attendance requirement if represented by a person who has, to the greatest extent possible, authority to settle, and who is knowledgeable about the facts of the action, the governmental entity's position in the action, and the procedures and policies under which the governmental entity can enter into, finalize, and perform settlements.

5. Except as otherwise required by law or as stipulated in writing by all Mediating Parties and Magistrate Judge Moulds, all communications made in connection with any

mediation proceeding shall be privileged and confidential to the fullest extent provided by applicable law.

6. No person may disclose to the assigned Judge any communication made, position taken, or opinion formed by any party or Magistrate Judge Moulds in connection with any mediation proceeding except as otherwise:

(A) stipulated in writing by all parties and the Magistrate Judge Moulds;

(B) ordered by the Court – after application of pertinent legal tests that are appropriately sensitive to the interests underlying mediation confidentiality – in connection with a proceeding to determine whether a person violated a legal norm, rule, court order, or ethical duty during or in connection with the mediation.

7. No later than fourteen (14) days after the mediation session has been concluded, the Mediating Parties must jointly file a Mediation Completion Report in which they report to the assigned Judge:

(A) whether the action in its entirety was resolved or settled during the mediation session, and if so, when a proposed consent decree will be lodged with the Court;

(B) if the action in its entirety was not resolved or settled, whether any resolution, stipulation, or agreement was reached on any part of the action, including but not limited to any stipulation or agreement regarding facts, issues, procedures, or claims; and

(C) the current status of the action.

IT IS SO STIPULATED.

Dated: March 15, 2010         UNITED STATES DEPARTMENT OF JUSTICE

                              By:    /s/

                              Patricia L. Hurst

                              Attorney for Plaintiff

                              United States of America


Dated: March 15, 2010         CALIFORNIA DEPARTMENT OF

                              TOXIC SUBSTANCES CONTROL

                              By:    /s/

                              Kirk McInnis

                              Attorney for Plaintiff

                              California Department of Toxic Substances Control


Dated: March 11, 2010         STEPHEN P. ELDER and ELDER

                              DEVELOPMENT, INC.

                              By:    /s/

                              Stephen P. Elder


IT IS SO ORDERED.

Dated: March 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE