UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES,<br><br>    Plaintiff,<br><br>  v.<br><br>C/O JUAN MEDINA and<br>C/O DAVID WILLIAMS,<br><br>    Defendants.<br>_____/ | 1:08-cv-00136-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR CONTINUANCE OF TRIAL, WITH PREJUDICE<br><br>(Doc. 100.) |

On March 4, 2010, Plaintiff John Ray Dynes filed a request for continuance of the trial in this action from April 14, 2010 to May 15, 2011. (Doc. 100.) Plaintiff requests a continuance so that he can "study up" on federal issues and court rules and seek assistance from an attorney.

Plaintiff claims that he needs more time to prepare for trial. However, it should be noted that less than two weeks ago, Plaintiff accused Defendants of stalling for time when they requested a continuance of the trial until May 10, 2010. Now Plaintiff wants the trial continued until next year. This action has been pending for more than two years. Plaintiff has had more than adequate time to study the issues and rules and seek legal counsel. Therefore, Plaintiff's request is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **March 8, 2010**          /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE