# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH, | CASE NO. 1:07-cv-01632-AWI-GSA PC |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO BRING EXHIBITS TO THE FIRST DAY OF TRIAL |
| v. | |
| SGT. DAVIS, et al., | (Doc. 89.) |
| Defendants. | CLERK'S OFFICE TO SEND PLAINTIFF'S EXHIBITS TO DEFENSE COUNSEL |

Plaintiff Michael Lenoir Smith ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. January 14, 2010, Plaintiff submitted exhibits which were lodged with the Court. (Doc. 89.)

When trial exhibits were discussed at the telephonic trial confirmation hearing, Plaintiff indicated the lodged documents were his only copies of various documents he desired to use as exhibits during the trial of this action.

Accordingly, the Clerk's Office is directed to serve a copy of Plaintiff's lodged exhibits on Defendants and Defendants are ordered to bring a copy of Plaintiff's lodged exhibits for Plaintiff's use on the first day of trial in this case.

IT IS SO ORDERED.

**Dated:   March 1, 2010                          /s/ Oliver W. Wanger**

1

UNITED STATES DISTRICT JUDGE