# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY, | CASE NO. 1:07-cv-00182-LJO-GSA PC |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF PRETRIAL DISPOSITIVE MOTION DEADLINE TO MARCH 18, 2010 |
| v. | |
| JAMES TILTON, et al., | (Doc. 107) |
| Defendants. | |

On January 29, 2010, Defendants filed a motion seeking an extension of the pretrial dispositive motion deadline to March 18, 2010.

Defendants' motion is HEREBY GRANTED, and the pretrial dispositive motion deadline is extended to March 18, 2010, for all parties. Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated: **February 19, 2010**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1