1  Edmund G. Brown Jr., STATE BAR NO. 37100
   ATTORNEY GENERAL OF CALIFORNIA
2  Deborah A. Wordham, STATE BAR NO. 180508
   DEPUTY ATTORNEY GENERAL
3  Daniel Fuchs, STATE BAR NO. 179033
   DEPUTY ATTORNEY GENERAL
4  Clifford T. Lee, STATE BAR NO. 74687
   DEPUTY ATTORNEY GENERAL
5   455 GOLDEN GATE AVENUE, SUITE 11000
    SAN FRANCISCO, CA 94102-7004
6   TELEPHONE: (415) 703-5546
    FAX: (415) 703-5480
7   E-MAIL: CLIFF.LEE@DOJ.CA.GOV
   ATTORNEYS FOR JOHN MCCAMMON, DIRECTOR,
8  CALIFORNIA DEPARTMENT OF FISH & GAME

9                 IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  **COALITION FOR A SUSTAINABLE**          1:08-CV-00397-OWW-GSA
    **DELTA, BELRIDGE WATER STORAGE**        (RELATED TO CASE NOS. 1:05-CV-022-GSA
13  **DISTRICT, BERRENDA MESA WATER**        AND 1:06-CV-00245-OWWA-GSA)
    **DISTRICT, LOST HILLS WATER**
14  **DISTRICT, WHEELER RIDGE-**             **STIPULATION AND ORDER RE**
    **MARICOPA WATER STORAGE**               **ADMISSIBILITY OF EXPERT**
15  **DISTRICT, AND DEE DILLON,**            **REPORTS**

16                              PLAINTIFFS,

17          v.

18

19  **JOHN MCCAMMAN, DIRECTOR,**
    **CALIFORNIA DEPARTMENT OF FISH AND GAME,**
20
                                DEFENDANT,
21

22  **CENTRAL DELTA WATER AGENCY, ET**
    **AL.**
23
                        DEFENDANT-INTERVENORS,
24

25  **CALIFORNIA SPORTFISHING**
    **PROTECTION ALLIANCE, ET AL.,**
26
                        DEFENDANT-INTERVENORS.
27

28
                                    1

PDF created with pdfFactory trial version www.pdffactory.com

All parties to this action hereby stipulate and agree as follows:

A.  Whereas much of the evidence in this case will consist of expert testimony;

B.  Whereas the parties have designated a total of 5 expert witnesses, and they have exchanged reports prepared by their experts in accordance with FRCP 26(a)(2); and

C.  Whereas the parties desire to expedite the trial and facilitate the efficient presentation of evidence.

Now, therefore, the parties agree as follows:

1. All of the expert reports that were previously exchanged by the parties in October and November 2009 shall be admissible at trial as part of the direct examination of the expert who authored the report, and in support of or opposition to any motions.  No expert reports shall be admissible at trial for any expert that does not actually testify at trial.

2. The parties waive all objections to the admissibility of the opinions, supporting data, and conclusions in these reports based on the hearsay rule.  However, no party waives any other objections or arguments regarding any expert's reports and supporting data, including but not limited to objections regarding relevancy, competency, methods, and opinions, and the weight, if any, to be given to them.

3. The direct and cross-examination of these experts at trial shall not be limited to their expert reports and may be supplemented by additional testimony and documentary evidence, consistent with the requirements of FRCP 26(a)(2) and the Federal Rules of Evidence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

PDF created with pdfFactory trial version www.pdffactory.com

1    DATED: JANUARY 28, 2010                    Edmund G. Brown Jr.
                                                 Attorney General of California
2                                                Clifford T. Lee
                                                 Deborah A. Wordham
3                                                Daniel M. Fuchs
                                                 Deputy Attorneys General
4

5                                                By____/s/ Clifford T. Lee_____
6
                                                 CLIFFORD T. LEE
7                                                DEPUTY ATTORNEY GENERAL
                                                 *Attorneys for Defendant John McCamman,*
8                                                *Director of the California Department of*
                                                 *Fish and Game*
9

10   DATED: JANUARY 28, 2010                    NOSSAMAN LLP
                                                 ROBERT D. THORNTON
11                                               PAUL S. WEILAND
                                                 HENRY S. WEINSTOCK
12                                               BENJAMIN Z. RUBIN

13

14                                               BY___/s/ Henry S. Weinstock_____

15                                                 HENRY S. WEINSTOCK
                                                   *Attorneys for Plaintiffs*
16                                                 *Coalition for a Sustainable Delta, et al.*

17

18   DATED: JANUARY 28, 2010                    NOMELLINI, GRILLI & McDANIEL
                                                 PROFESSIONAL LAW CORPORATION
19

20                                               By _____/s/ Daniel A. McDaniel____

21                                                 DANIEL A. McDANIEL
                                                   *Attorneys for Defendants in Intervention*
22                                                 *Central Delta Water Agency, et al.*

23

24

25

26

27

28

                                    3

PDF created with pdfFactory trial version www.pdffactory.com

DATED: JANUARY 28, 2010                    MICHAEL B. JACKSON


                                           BY    /s/ Michael B. Jackson

                                           MICHAEL B. JACKSON
                                           *Attorneys for Defendants in Intervention*
                                           *California Sportfishing Protection*
                                           *Alliance, et al.*


                              **ORDER**


        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATE: JANUARY 29, 2010          /s/ OLIVER W. WANGER
                                UNITED STATES SENIOR DISTRICT JUDGE

4

PDF created with pdfFactory trial version www.pdffactory.com