1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10   JOSEPH DAVID VINCZE,                      No. 2:02-CV-01719-LKK-KJM

11            Plaintiff,                       **ORDER**

12        vs.

13   LEON ROBINSON,

14            Defendant.

15   _____/

16        Plaintiff is a prisoner proceeding through counsel with an action under 42 U.S.C.

17   § 1983. This case will be referred to District Judge Morrison C. England, Jr. to conduct a

18   settlement conference on March 17, 2010, at 2:00 p.m. in Courtroom #7. Plaintiff is to appear by

19   counsel and be available by telephone at the institution.

20        In accordance with the above, IT IS HEREBY ORDERED that:

21        1. This case is set for mediation before District Judge Morrison C. England, Jr.,

22   on March 17, 2010, at 2:00 p.m. at the U.S. District Court, 501 I Street, Sacramento, in

23   Courtroom #7.

24        2. Counsel for each party shall appear, as shall either Benjamin Rice or Stephanie

25   Clauss from the California Department of Corrections and Rehabilitation as defendant's

26   representative, with full settlement authority.

1

1     3. The parties are to provide confidential settlement conference statements to

2  Sujean Park, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento,

3  California 95814, so they arrive no later than March 12, 2010.

4     4. The Custodian, Warden at Sierra Conservation Center, 5100 O'Byrnes Ferry

5  Road, Jamestown, California 95327, is ordered to have the plaintiff (C-87243) available via

6  telephone for the settlement conference.

7     5. The Custodian is further ordered to notify the court of any change in custody

8  of this inmate and is ordered to provide the new custodian with a copy of this order.

9     6. The Clerk of the Court is directed to serve a copy of this order on the Warden

10  at Sierra Conservation Center at the above address and a courtesy copy of this order on the

11  Litigation Office at Sierra Conservation Center via fax at (209) 984-3843.

12     7. The Clerk of the Court is directed to serve a copy of this order on Benjamin

13  Rice and Stephanie Clauss via fax at (916) 327-5306.

14  DATED: March 10, 2010.

15  _____

16  U.S. MAGISTRATE JUDGE