Eliza J. McArthur (SB 152312)
Rodney L. Levin (SB 169360)
MCARTHUR & LEVIN, LLP
14375 Saratoga Avenue, Suite 206
Saratoga, CA  95070
(408) 741-2377 (Telephone)
(408) 741-2378 (Facsimile)

Attorneys for Defendants,
TRACY UNIFIED SCHOOL DISTRICT, THE BOARD OF EDUCATION OF TRACY UNIFIED SCHOOL DISTRICT, DR. JAMES C. FRANCO, DR. JANET SKULINA, NANCY FLYNN-HOPPLE, AND LINDA DOPP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. McELROY, a minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>TRACY UNIFIED SCHOOL DISTRICT; ET AL.,<br><br>　　　　Defendants. | No. 2:07-cv-00086-MCE-EFB<br><br>ORDER GRANTING DEFENDANTS TRACY UNIFIED SCHOOL DISTRICT'S, THE BOARD OF EDUCATION OF TRACY UNIFIED SCHOOL DISTRICT, DR. AJAMES C. FRANCO, DR. JANET SKULINA, NANCY FLYNN-HOPPLE, AND LINDA DOPP'S REQUEST TO APPEAR TELEPHONICALLY<br><br>DATE: March 11, 2010<br>TIME: 2:00 p.m.<br>COURTROOM: 7<br>JUDGE: Morrison C. England, Jr. |

IT IS HEREBY ORDERED that defendant Tracy Unified School District, by and through their attorneys of record, be allowed to appear telephonically at the Status Conference, which is set to be heard on March 11, 2010, at 2:00 p.m. in Courtroom 7 before the Honorable Morrison C. England, Jr.

PDF created with pdfFactory trial version www.pdffactory.com

Rodney L. Levin will be appearing on behalf of defendant and can be reached at 408.741.2377 for a telephonic appearance.

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com