UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GENERAL CHARLES "CHUCK" YEAGER,(RET.), and GENERAL CHUCK YEAGER FOUNDATION,

    Plaintiffs,

  v.

CONNIE BOWLIN, ED BOWLIN, DAVID MCFARLAND, AVIATION AUTOGRAPHS, a non-incorporated Georgia business entity, BOWLIN & ASSOCIATES, INC., a Georgia corporation, INTERNATIONAL ASSOCIATION OF EAGLES, INC., an Alabama corporation, SPALDING SERVICES, INC., and DOES 1 through 100, inclusive,

    Defendants.
_____/

NO. CIV. 2:08-102 WBS JFM

ORDER

----oo0oo----

On January 6, 2010, the court entered final judgment in this case in favor of defendants pursuant to the court's January 6, 2010 Order. Defendants Connie Bowlin, Ed Bowlin, Bowlin & Associates, Inc., and Aviation Autographs submitted a cost bill

1

totaling $8,131.65 on January 19, 2010. On January 29, 2010, the court issued an Order allowing defendants' costs, noting that plaintiffs did not object. Plaintiff Charles Yeager then submitted objections to defendants' bill of costs on February 1, 2010.

Under Local Rule 292(c), a "party against whom costs are claimed may, within seven (7) days from date of service, file specific objections to claimed items with a statement of grounds for objection." Before December 1, 2009, the Rule allowed the party against whom costs were claimed fourteen days to object. While plaintiff's objections are untimely under the current version of the Local Rules, the court will give plaintiff the benefit of the doubt and assume he was unaware of the recent changes to the Local Rules. Accordingly, the court will consider plaintiff's objections to the bill of costs.

IT IS THEREFORE ORDERED that the court's January 29, 2010 Order allowing defendants' costs be, and the same hereby is, VACATED AND SET ASIDE.

Defendants shall submit any reply to plaintiff's objections to the bill of costs within ten days of the date of this Order.

IT IS SO ORDERED.

DATED: February 3, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE