UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY SCHULTZ, et al., | ) | 1:08-cv-0526 OWW SMS |
| Plaintiffs, | ) | ORDER GRANTING REQUEST FOR EXEMPTION FROM PACER FEES |
| v. | ) | |
| SAKAYE ICHIMOTO, et al., | ) | |
| Defendants. | ) | |

Pursuant to the February 12, 2010, letter from Plaintiffs advising of the motion to be relieved as counsel submitted by Jeffory Scharff, their attorney of record in this case, and their advice they have no funds to hire a new attorney;

IT IS ORDERED that Plaintiffs Rodney Schultz and Patricia Schultz are GRANTED request for exemption from PACER fees in the Eastern District of California only for this case only.

IT IS SO ORDERED.

Dated: February 18, 2010            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1