Robert J. Berens (Cal. Bar No. 141647)
**MANN, BERENS & WISNER, LLP**
3300 North Central Avenue, Suite 2400
Phoenix, Arizona 85012-2513
Telephone: (602) 258-6200
Facsimile: (602) 258-6212
E-Mail: rberens@mbwlaw.com

Attorneys for Great American Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>M.J. MENEFEE CONSTRUCTION, INC., a California corporation; MICHAEL J. MENEFEE, an individual; and DEBORAH MENEFEE, an individual;<br><br>    Defendants. | Case No. 1:06-CV-00392-LJO-DLB<br><br>**ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR AND PRODUCTION OF DOCUMENTS** |

    Upon reading the foregoing Declaration, and it appearing that this is a proper case for the appearance of said DEBORAH MENEFEE, for application of plaintiff;

    IT IS ORDERED THAT DEBORAH MENEFEE shall appear personally before United States Magistrate Judge Dennis L. Beck, in Courtroom 9 of the United States District Courthouse, located at 2500 Tulare Street, Suite 4401, Fresno, CA 93721, on April 13, 2010 at 2:00 p.m., to furnish information to aid in enforcement of a money judgment against you. You are also ordered to bring with you the documents or objects on the attached list, in your possession or control.

    DATED this 16th day of March, 2010.

                                          /s/ *Dennis L. Beck*
                            UNITED STATES MAGISTRATE JUDGE

-1-

NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.  See CCP 708.110(e).

# **LIST OF DOCUMENTS REQUESTED**

1. Bank statements for the past 24 months from all banks, or other financial institutions, where you, or your spouse, have an account of any kind.

2. Business records for the present year and past calendar year which reflects assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.

3. Bank statements for the past 24 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you, or your spouse, own any interest, has an account of any kind.

4. All evidence of any license, to include but not limited to, business or professional licenses, issued by any city, county, state or federal government agency or department in your, or your spouse's name, or the name of any proprietorship, partnership or corporation in which you, or your spouse, own any interest.

5. All trust agreements in which you, or your spouse, are named trustor, trustee or beneficiary.

6. All deeds, leases, contracts and other documents representing any ownership interest you, or your spouse, have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

7. All stocks, bonds, or other securities of any class you, or your spouse, may own, either separately or jointly with others, including options to purchase any securities.

8. All evidence of any ownership interest, to include but not limited to, titles, bills of sale and registration certificates, to all motor vehicles, aircraft, water craft, equipment or heavy machinery owned by you, or your spouse, during the past three years until present.

9. All life insurance policies in which you are either the insured or the beneficiary.

10. All promissory notes held by you, or your spouse, and all other documents evidencing any money owed to you, or your spouse, either now or in the future.

11. All deeds, bills of sale, or other documents prepared or used in connection with any transfer of real property or personal property made by you, or your spouse, either by gift, sales, or otherwise within the last five years.

12. Books of deposit, or other documents setting forth all deposits or receipts made by you or for your benefit in any savings and loan accounts, certificates of deposit or checking or other bank accounts for the past three years.

13. Books of deposit, canceled checks, bank statements, check registers and other documents setting forth all disbursements made by you, or your spouse, for the past 24 months from any savings accounts, savings and loan accounts, certificates of deposit or checking accounts.

14. Copies of all financial statements and loan applications submitted by you, or your spouse, within the past five years for the purpose of obtaining credit.

15. Payroll records and records of earnings showing all earnings of any sums received by you, or your spouse, for the past three years. Said records to include salary, bonuses, expense accounts, automobile reimbursement, and other things of value received by you, or your spouse. Said records should detail each pay period for gross earnings and all deductions from said gross earnings.

16. Documents concerning any income received or receivable by you, or your spouse, from any source whatsoever other than current earnings for the past three years.

17. Records of all sums on deposit to your credit, or the credit of your spouse, in a credit union and/or any company savings account or plan of any type or description, including but not limited to 401K or any other retirement plans.

18. All records and court papers concerning any lawsuits in which you, or your spouse, is involved in any manner.

19. Your and your spouse's federal and state income tax returns, W-2 Forms and supporting schedules for the past three years.

20. All documents in your, or your spouse's, possession or under your control tending to establish your monthly expenses for the following: rent, food, household supplies, utilities, telephone, laundry, cleaning, clothing, medical, dental, insurance (life, health, accident, etc.), school, entertainment, incidentals, transportation, auto expenses (insurance, gas, oil, repair, etc.), and

installment payments, including canceled checks showing payments of said charges, any and all bills, receipts, charge account statements and charge account receipts directly relating to said expenditures.

21. All financial statements for yourself, your spouse, or any member of your immediate family, or any business or partnership in which you, or your spouse, have any ownership interest, filed or created from and during the past five years until present.