1
2
3
4
5
6
7
8                **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   U.S. EQUAL EMPLOYMENT            )        1:07-cv-01428 LJO JLT
     OPPORTUNITY COMMISSION,          )
12                                    )        ORDER CONTINUE HEARING ON
                        Plaintiff,    )        DEFENDANTS' MOTION FOR SANCTIONS
13                                    )        AND MANDATING FURTHER MEDIATION
     ERIKA MORALES and ANONYMOUS      )        TO MARCH 1, 2010 AT 10:00 A.M.
14   PLAINTIFF'S ONE THROUGH EIGHT    )
                                      )        [Doc 138]
15                  Plaintiff-Intervenors )
            v.                        )
16                                    )
                                      )
17   ABM INDUSTRIES INCORPORATED,     )
     et al.                           )
18                                    )
                        Defendants.   )
19   _____)

20

21          On January 13, 2010, defendants' (referred collectively here as "ABM") filed a motion for a

22   sanctions against the plaintiffs and seeking an order mandating further mediation. ABM scheduled the

23   hearing on this motion to be heard on February 22, 2010. In the meantime, a third-party filed a motion

24   to intervene in the matter. The hearing on this motion to intervene is scheduled for March 1, 2010 at

25   10:00 a.m. Since this time, ABM filed a motion for protective order related to production of certain

26   documents. The parties have stipulated that the hearing on the motion for protective order will be heard

27   on March 1, 2010.

28
                                              1

In order to preserve judicial resources, the Court ORDERS the motion for a sanctions against the plaintiffs and mandating further mediation will be continued to March 1, 2010 at 10:00 a.m. concurrently with the other motions on calendar.

IT IS SO ORDERED.

Dated:   **February 9, 2010**                                    **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE