**Michael R. Mitchell,** (SBN 48348)
19655 Friar Street
Tarzana, California 91335
(818) 968-6119 Telephone

Attorney for Plaintiff,
DANIEL PROVENCIO, JR., etc., et al

**John P. McNicholas,** (SBN 33530)
McNICHOLAS & McNICHOLAS, LLC
10866 Wilshire Boulevard, Suite 1400
Los Angeles, California 90024-4338
(310) 474-1582 Telephone

Attorneys for Plaintiff
NANCY MENDOZA

**Joshua M. Merliss** (SBN 073416)
GORDON, EDELSTEIN, KREPACK,
GRANT, FELTON & GOLDSTEIN
3580 Wilshire Blvd., #1800
Los Angeles, California 90010
(213) 739-7000 Telephone

Attorneys for Plaintiff
JOHNNY G. PROVENCIO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **DANIEL PROVENCIO, JR., etc., et al,**<br><br>         **Plaintiff,**<br><br>         **vs.**<br><br> **PATRICIA L. VAZQUEZ, et al** | 1:07-CV-00069-AWI-JLT<br><br>**JOINT STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT SONGER'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Assigned to the Honorable Anthony W. Ishii]*<br><br>Trial: August 17, 2010 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs through their respective counsel and Defendants through their respective counsel as follows:

Defendant, Michael Songer, M.D., has filed a Motion for Summary Judgment that is currently set to be heard by the Court on March 29, 2010 at 1:30 pm in Courtroom 2.

All defendants except Songer had previously filed Motions for Summary Judgment, which motions were taken under submission on May 4, 2009. In light of the Court's March 1, 2010 ruling (Doc. 162), granting summary judgment as to all of said moving defendants except Vazquez, Palmer, Adams, Hicks, Drugich, and Paredes, and inviting said remaining defendants to file second summary judgment motions by April 15, 2010, said defendants will timely file second Motions for Summary Judgment, and have reserved May 17, 2010 as the hearing date for those motions.

The parties believe it would save the Court time, and promote the orderly and efficient processing of these motions, to have them all heard at the same time.

As such, the parties hereby stipulate that Defendant Michael Songer's Motion for Summary Judgment be continued from March 29, 2010 to May 17, 2010 and be heard at the same time as the Motions for Summary Judgment that will be filed by the other

Defendants.

///

///

///

                                    EDMUND G. BROWN, JR. Attorney
                                    General of the State of
                                         California
                                    PAMELA J. HOLMES, Supervising
                                    Deputy Attorney General
                                    DOUG KNOLL, Deputy Attorney
                                         General
                                    BENJAMIN BARNOUW, Deputy
                                         Attorney General


Dated:  March 4, 2010           By:/s/ Doug Knoll (As    ___
                                       authorized on March 4,
2010)

                                    DOUG KNOLL
                                    Deputy Attorney General
                                         Attorneys for
Defendants                                    PAT L. VASQUEZ,
MATTHEW                                             PALMER,
DAVID HICKS,
LORLEAN DRUGICH, REMIJIO
   PAREDES AND MICHAEL SONGER

                                    LeBEAU-THELIN, LLP


Dated:  March 3, 2010           By:/s/ J. Nile Kinney (As __
                                       authorized on March 3,
2010)

                                    J. NILE KINNEY
                                    Attorney for Defendant
                                    MATTHEW ADAMS

                                    McNICHOLAS & McNICHOLAS

Dated:  March 3, 2010

By: /s/ John McNicholas (As authorized on March 3, 2010)

JOHN McNICHOLAS
Attorney for Plaintiff
NANCY MENDOZA

Dated:  March 3, 2010

By: /s/ Michael R. Mitchell (As authorized on March 3, 2010)
MICHAEL R. MITCHELL
Attorney for Plaintiff
DANIEL PROVENCIO, JR.

Dated:  March 3, 2010

GORDON, EDELSTEIN, KREPACK, GRANT, FELTON & GOLDSTEIN

By: /s/ Joshua M. Merliss
JOSHUA M. MERLISS
Attorney for Plaintiff
JOHNNY G. PROVENCIO

## ORDER

**GOOD CAUSE APPEARING,**

IT IS SO ORDERED.

**Dated:    March 5, 2010**           _____ /s/ Anthony W. Ishii _____
CHIEF UNITED STATES DISTRICT JUDGE