IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVON E. MCCOY,**<br><br>Plaintiff,<br><br>v.<br><br>**R. SPIDLE, et al.,**<br><br>Defendants. | 1:07-cv-00198-DCB<br><br>**ORDER: STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT D. REYES; STIPULATION AND ORDER SUBSTITUTING C. REYES AS DEFENDANT**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

Pursuant to the Stipulation of the parties and there being good cause,

**IT IS ORDERED** that the Stipulation (document 169) shall be GRANTED.

**IT IS FURTHER ORDERED** that C. Reyes shall be named as Defendant in this matter, in place of D. Reyes, who the parties have dismissed by stipulation. C. Reyes waives service of the summons and complaint, and shall file an answer within twenty days

/////

/////

1

of the date of this order. In addition, within forty-five days of the date of this order, C. Reyes shall serve responses to Plaintiff's Request for Production of Documents, Set One.

Dated this 8th day of February, 2010.

David C. Bury
United States District Judge