IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES T. FREELAND,

    Plaintiff,                     No. CIV S-06-0187 LKK DAD P

    vs.

SACRAMENTO CITY POLICE
DEPARTMENT, et al.,

    Defendants.           <u>ORDER</u>

        /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 29, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed January 29, 2010 are adopted in full;

2. Defendants Vu, Villegas, Sanchez, and Hansen's motion for summary judgment (Doc. No. 121) is granted in part and denied in part as follows:

    a. Defendants' motion for summary judgment with respect to plaintiff's Fourteenth Amendment inadequate medical care claims is granted; and

    b. Defendants' motion for summary judgment with respect to plaintiff's Fourth Amendment failure to protect or failure to intercede claims is denied.

DATED: March 15, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT