# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>  Plaintiff,<br><br>  v.<br><br>M. JOHNSON, et al.,<br><br>  Defendants. | CASE NO. 1:05-cv-00086-OWW-GSA PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER<br><br>(Doc. 211)<br><br>PLAINTIFF DIRECTING TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS<br><br>(Doc. 213) |

This civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Bryan E. Ransom, a state prisoner proceeding pro se and in forma pauperis. On July 29, 2009, Defendants filed a motion seeking to modify the scheduling order to allow them to file a second motion for summary judgment.

Good cause having been shown, it is HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order to file a second motion for summary judgment is GRANTED, nunc pro tunc to October 29, 2009;

2. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' October 29 motion for summary judgment within thirty days from the date of service of this order; and

///
///
///

1

3. If Plaintiff needs additional time to file a response, he shall file a motion seeking an extension of time prior to the expiration of the thirty day deadline.

IT IS SO ORDERED.

Dated: **February 8, 2010**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE