# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA


TERRENCE BROWNLEE,

        Plaintiff,               No. CIV S-02-0214 MCE GGH P

  vs.

MURPHY, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
_____/         **AD TESTIFICANDUM**

      Shane Quinell, inmate # C-56368, a necessary and material witness in proceedings in this case on March 8, 2010, is confined in California State Prison, Sacramento, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Morrison C. England, Jr., to appear by video-conferencing at California State Prison, Sacramento, on March 8, 2010, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden James Walker, California State Prison, Sacramento, P.O. Box 290002, Represa, California 95671-002:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 5, 2010


        /s/ Gregory G. Hollows
        _____
        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE