UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAROTHERS CONSTRUCTION, INC., et al., <br><br> Defendants. | CASE NO. 2:05-cv-00122-MCE-GGH <br><br><br><br> **JUDGMENT** |

The Court, having considered the Ex Parte Application to Enter Judgment filed on February 11, 2010, hereby ORDERS, ADJUDGES and DECREES as follows:

1. Judgment is entered in favor of plaintiffs American Manufacturers Mutual Insurance Company and American Motorists Insurance Company against defendants Carothers Construction, Inc., David L. Carothers and Terri L. Carothers, jointly and severally, in the amount of $679,332.49.

2. This Judgment shall bear interest at the rate of ten percent (10%) per annum from the date of entry until satisfied in whole.

///

///

///

3. Plaintiffs shall be entitled to recover all attorney's fees and costs incurred in seeking entry of and enforcing this Judgment by way of a separate judgment against defendants, jointly and severally, pursuant to the August 4, 2008 settlement on the record before the Court in this action.

Dated: February 24, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE