**Daniel D. Quick**
**Michelle Heikka**
**Dickinson Wright PLLC**
**38525 N. Woodward, Ste. 2000**
**Bloomfield Hills, MI 48304-5092**
**Phone: (248)433-7242**
**Fax: (248)433-7274**

**Attorneys for Defendant**
**INTERMEDIA OUTDOORS, INC.**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| DUSTIN K. ADLER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RELYNET, INC., a California Corporation, MICHAEL DICARLO, an individual, INTERNET BRANDS, INC., a Delaware Corporation, INTERMEDIA OUTDOORS, INC., a Delaware Corporation, A VORTEX MEDIA GROUP, INC., a Delaware Corporation and DOES 1 through 50, inclusively,<br><br>Defendants | CASE NO: 2:08-CV-01333-JAM-EFB<br><br>ORDER GRANTING, IN PART, AND DENYING, IN PART, INTERMEDIA OUTDOORS, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 17 U.S.C. § 505 AND 28 U.S.C. § 1927 |

This matter having come before the Court upon Defendant's, Intermedia Outdoors, Inc.'s, Motion for Attorneys' Fees and Costs Pursuant to 17 U.S.C. § 505 and 28 U.S.C. § 1927 and response briefs having been filed, oral argument having been held on March 3, 2010, and the court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that, as the prevailing party, Defendant's Motion seeking attorneys' fees and costs pursuant to 17 U.S.C. § 505 is GRANTED and Defendant is awarded $154,146.49 in attorneys' fees and costs against Plaintiff.

IT IS FURTHER ORDERED that Defendant may supply, for the Court's consideration, a supplemental affidavit setting forth the attorneys' fees and costs it incurred subsequent to filing its motion. Plaintiff may file a response within 10 days.

IT IS FURTHER ORDERED that Defendant's motion seeking attorneys' fees and costs pursuant to 27 U.S.C. § 1927 is DENIED.

/s/ John A. Mendez_____
U.S. DISTRICT COURT JUDGE

DATED: March 11, 2010

PDF created with pdfFactory trial version www.pdffactory.com