Milton L. Chappell, Esq. (*pro hac vice*)
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Phone: (703) 770-3329
Fax:    (703) 321-9319
Email: mlc@nrtw.org
*Counsel for Service*

Steven R. Burlingham, Esq. (CBN 88544)
GARY, TILL & BURLINGHAM
5330 Madison Avenue, Suite F
Sacramento, California 95841
Phone: (916) 332-8122
Fax:    (916) 332-8153
Email: steveb@gtblaw.com

*Attorneys for Plaintiffs and the Class*

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. FRIEDMAN *et al.*,<br><br>On behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CALIFORNIA STATE EMPLOYEES ASSOCIATION *et al.*,<br><br>*Defendants*. | **Case No. CIV-S-00-00101 WBS/DAD**<br><br>**CLASS ACTION**<br><br>**FINAL JUDGMENT<br>IN A CIVIL CASE** |

**XX --- Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT FINAL JUDGMENT IS HEREBY ENTERED in accordance with the Order Staying Further Proceedings Pending Conclusion of Related Case of August 14, 2001 (Doc. No. 261), the Memorandum and Order of November 15, 2000 (Doc. No. 255), the Court's Memorandum and Order of June 20, 2006 in the related case,

1 *Cummings v. Connell*, 2006 WL 1716160 (E.D. Cal. 2006) (*Cummings* Doc. No. 270), and the Amended Judgment therein (*Cummings* Doc. No. 272). IT IS FURTHER ORDERED that Plaintiffs motion for entry of judgment be, and the same hereby is, GRANTED with respect to the Original, Amended, and January notices. Final judgment is therefore entered in favor of Defendants and against Plaintiffs on Counts 1 and 2 of the Complaint, in accordance with the Court's Memorandum and Order of November 15, 2000, granting summary judgment to Defendants on those counts. Final judgment is also therefore entered in favor of Plaintiffs and against Defendant California State Employees Association on Counts 3, 4, 5, 7 and 8 of the Complaint. Final judgment is also therefore entered dismissing as moot Counts 6, 9 and 10 of the Complaint.

IT IS FURTHER ORDERED that Plaintiffs and each member of the class they represent are awarded nominal damages to be paid by Defendant California State Employees Association in the amount of $1.00 to each Plaintiff and each member of the class, on Counts 3, 4, 5, 7 and 8 of the Complaint.

ENTERED: February 24, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I hereby certify, under penalty of perjury, that a true and correct copy of this [Proposed] Final Judgment in a Civil Action was deposited in the United States Mail, first-class postage pre-paid, addressed to:

> Edmund G. Brown, Jr., Attorney General of California
> Douglas J. Woods, Supervising Deputy Attorney General
> Office of the Attorney General
> 1300 I Street, Suite 125
> PO Box 944255
> Sacramento, CA 94244-2550
>
> Nancy T. Yamada, Attorney
> Cal State University Employees Union (CSEA)
> 1108 O Street, 5th Floor
> Sacramento, CA 95814

I further certify, under penalty of perjury, that I electronically filed with the Clerk of the Court the foregoing [Proposed] Final Judgement in a Civil Action, using the CM/ECF system which will send notification of such filing to

> Jeffrey B. Demain, Esq.
> Altshuler Berzon LLP
> 177 Post Street, Suite 300
> San Francisco, CA 94108
> Email: jdemain@altshulerberzon.com

All of these actions were taken on the 28th day of January, 2010.

_____
Milton L. Chappell, Esq. (*pro hac vice*)