# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARRY LAMON**, | No. 2:03-cv-00423-AK |
| Plaintiff, | |
| v. | |
| **D. LYTLE, et al.**, | ORDER |
| Defendants. | |

Guinn, inmate #H-73336, a necessary and material witness in proceedings in this case, is confined at CSP – Sacramento, in the custody of the Warden of that institution. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in court at Courtroom 3 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California on Monday, March 29, 2010, and Tuesday, March 30, 2010, at 10:00 a.m. for trial.

Accordingly, it is hereby ordered that:

**1.** A Writ of Habeas Corpus ad Testificandum shall issue, under the seal of

this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the date, time and place above, until completion of the proceedings or as ordered by the court;

2.  The custodian shall notify the court of any change in custody of this inmate and shall provide any new custodian with a copy of this writ.

3.  The Clerk of Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the California Department of Corrections and Rehabilitation Out-To-Court Desk, P.O. Box 290007, Represa, CA 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  Warden, California State Prison – Sacramento, P.O. Box 290002, Represa, CA 95671-0002

**WE COMMAND** you to produce inmate Guinn (H-73336) to testify before the United States District Court at the date, time and place above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide any new custodian with a copy of this writ.

March 10, 2010

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation