Scott J. Ivy, #197681
Lang, Richert & Patch
5200 N. Palm Ave., Suite 401
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

Attorneys for Defendant, FRESNO-MADERA
    FEDERAL LAND BANK ASSOCIATION, FLCA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., and DUDA FARM FRESNO FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z&S FRESH, INC., a California corporation, fdba Z&S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBERG, an individual, <br><br> Defendants | Case No.: 1:09-cv-00906-OWW-SMS <br><br> **ORDER GRANTING DEFENDANT FRESNO-MADERA LAND BANK ASSOCIATION, FCLA'S COUNTER MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [410] AND DENYING THE TRUSTEE'S MOTION TO INTERVENE** [422] <br><br> Date:    January 20, 2009 <br> Time:   10:30 a.m. <br> Dept:    7 |

| | |
|---|---|
| 1 | FRANK A. LOGOLUSO FARMS, a California Corporation, |
| 2 | Intervenor Plaintiff, |
| 3 | v. |
| 4 | Z&S FRESH, INC., fbda Z&S DISTRIBUTING, CO., INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBERG an, individual; MARGARET aka MARGE SCHOENBERG, an individual; TWO PLAY PROPERTIES, LLC, a California limited liability company; TWO PLAY PROPERTIES ARIZONA, LLC, an Arizona limited liability company; THREE PLAY FARMS, a California general partnership; FOUR PLAY RANCH, a California general partnership; ZM FRESNO SPECIAL T'S, INC., a California corporation; FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, a corporation existing and operating under the Farm Credit Act of 1971, as amended and BANK OF THE WEST, a California corporation, |
| 15 | Defendants. |

Upon consideration of Fresno-Madera Federal Land Bank's (the "Land Bank") Opposition and Counter Motion to Amend [D.E. #410] (the "Counter Motion") and all supporting and opposing documentation and arguments of counsel, if any,

**IT IS HEREBY ORDERED** that the Land Bank's Counter Motion to Amend is GRANTED;

**IT IS FURTHER ORDERED** that the Land Bank's Second Amended Cross Complaint and First Amended Counter Complaint is hereby deemed timely filed as of the entry date of this Order;

**IT IS FURTHER ORDERED** that all Defendants, Cross Defendants and Counter Defendants shall have twenty (20) days from the entry date of this Order to Answer or otherwise

plead in response to the Land Bank's Second Amended Cross Complaint and First Amended Counter Complaint.

IT IS SO ORDERED.

Dated: February 11, 2010       /s/ Sandra M. Snyder
                               UNITED STATES MAGISTRATE JUDGE