1  ROGERS JOSEPH O'DONNELL
   ROBERT C. GOODMAN (State Bar No. 111554)
2  *rgoodman@rjo.com*
   AARON P. SILBERMAN (State Bar No. 161021)
3  *asilberman@rjo.com*
   D. KEVIN SHIPP (State Bar No. 245947)
4  *kshipp@rjo.com*
   311 California Street
5  San Francisco, California 94104
   Telephone: 415.956.2828
6  Facsimile: 415.956.6457

7  Attorneys for Defendants STEPHEN C. LYON,
   SUZANNE S. LYON, RUSSELL R. TONDA and
8  DIANE M. TONDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN C. LYON, et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS. | Case No. 07-CV-00491 LJO GSA<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE HEARING DATE FOR UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[L.R. 78-230(f)]<br><br>Hearing Date: June 24, 2010<br>Time: 8:30 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence J. O'Neill |

    IT IS HEREBY STIPULATED by and between counsel for Plaintiff United States of America ("Plaintiff") and Defendants Stephen C. Lyon, Suzanne S. Lyon, Russell R. Tonda, and Diane M. Tonda (the "Lyons and Tondas") (collectively "the parties") as follows:

    WHEREAS, Plaintiff filed a Notice of Motion and Motion for Partial Summary Judgment against the Lyons and Tondas on November 3, 2009, setting a hearing date of December 14, 2009. (Doc. 384).

    WHEREAS, the United States and the Lyons and Tondas thereafter stipulated that the hearing date be continued to January 24, 2010, at 8:30 a.m. (Doc. 396) and the court

1  so ordered (Doc. 398).

2  WHEREAS, the United States and the Lyons and Tondas thereafter stipulated
3  that the hearing date be further continued to March 25, 2010, at 8:30 a.m. (Doc. 430) and the
4  court so ordered (Doc. 439).

5  WHEREAS, the Plaintiff and the Lyons and Tondas have participated in
6  mediation and have reached an agreement in principle pending approval of United States
7  Environmental Protection Agency ("EPA") and United States Department of Justice
8  management.

9  WHEREAS, the Plaintiff and the Lyons and Tondas believe that they will need
10  additional time to document the settlement in the form of a mutually agreeable consent
11  decree.

12  WHEREAS, the Parties agree that in light of the significant progress that has
13  been made toward settlement it is appropriate to delay action on Plaintiff's Motion for Partial
14  Summary Judgment to conserve Court resources and prevent the Parties from incurring
15  potentially unnecessary litigation expenses.

16  WHEREAS, the United States and the Lyons and Tondas have agreed to
17  request that the hearing date be continued to June 24, 2010, at 8:30 a.m.

18  WHEREAS, the Lyons' and Tondas' Opposition brief would be due on
19  Thursday, June 3, 2010 and Plaintiff's Reply brief would be due on Thursday, June 17, 2010.

20  NOW THEREFORE, pursuant to Local Rule 78-230(f), the parties, by and
21  through their undersigned counsel, hereby stipulate and request that, the Plaintiff's Motion for
22  Partial Summary Judgment be heard on June 24, 2010, at 8:30 a.m.

Dated:  February 24, 2010                    ROGERS JOSEPH O'DONNELL


By:    */s/ Robert C. Goodman*
       Robert C. Goodman
       Attorneys for Defendants
       STEPHEN C. LYON, SUZANNE S.
       LYON, RUSSELL R. TONDA and
       DIANE M. TONDA

| | |
|---|---|
| Dated: February 24, 2010 | UNITED STATES DEPARTMENT OF JUSTICE |
| | By: */s/ Elise Feldman*<br>Elise Feldman<br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

**IT IS SO ORDERED.**

The Motion Hearing currently set for March 25, 2010 has been CONTINUED to June 24, 2010 at 8:30 a.m. The Lyons' and Tondas' Opposition brief is due on or before Thursday, June 3, 2010 and Plaintiff's Reply brief is due on or before Thursday, June 17, 2010.

Dated: _March 3, 2010__          /s/ Lawrence J. O'Neill

                                        HONORABLE LAWRENCE J. O'NEILL
                                        UNITED STATES DISTRICT JUDGE