1

2

3

4

UNITED STATES DISTRICT COURT

5

FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

| | |
|---|---|
| DELTA SMELT CONSOLIDATED CASES | 1:09-CV-407 OWW DLB<br><br>ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR TEMPORARY RESTRAINING ORDER (511) |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.* v. SALAZAR, *et al.* | |
| STATE WATER CONTRACTORS v. SALAZAR, *et al.* | |
| COALITION FOR A SUSTAINABLE DELTA, *et al.* v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE, *et al.* | |
| STEWART & JASPER ORCHARDS *et al.* v. UNITED STATES FISH AND WILDLIFE SERVICE. | |

19

Plaintiffs' application for a temporary restraining

20

order came on for hearing, on shortened notice, on

21

February 2, 2010.  Doc. 511, filed Jan. 27, 2010.  The

22

parties were represented by counsel, as noted in the

23

record.

24

25

For reasons stated in open court, which are incorporated

26

by this reference, and because the United States is not

27

implementing any Reasonable and Prudent Alternative

28

1

1 pursuant to the Delta Smelt Biological Opinion, based on

2 the non-presence of Delta Smelt in the vicinity of the

3 pumps, fish collection facilities, or other areas of

4 concern, there is no present irreparable injury or

5 imminent threat of injury as there is no indication that

6 any Reasonable and Prudent Alternative will affect a

7 reduction in pumping of water for storage and later

8 delivery to State and Federal Contractors.

9

10    For these reasons, there is no showing of imminent

11 injury or irreparable harm, and an absence of any present

12 need for a temporary restraining order.  All Plaintiffs

13 affected by the Delta Smelt Biological Opinion issued by

14 the United States Fish and Wildlife Service may, at such

15 time that actual harm or an imminent threat of an actual

16 harm arises, seek appropriate relief.

17    The motions for temporary restraining order, brought

18

19 by all Plaintiffs in the Delta Smelt Cases, is DENIED

20 WITHOUT PREJUDICE.

21

22 IT IS SO ORDERED.

23 DATED:  February 5, 2010.

24

25            _/s/ Oliver W. Wanger_
                 Oliver W. Wanger
26               United States District Judge

27

28