STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
TERESA WANG (SBN 252961) twang@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:     415-765-9500
Facsimile:      415-765-9501

Attorneys for Republican Assembly and Senate Intervenors

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No.: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No.: C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION OF PARTIES AND ~~PROPOSED~~ ORDER DISMISSING NATHAN FLETCHER, JOHN J. BENOIT, AND DAVID COGDILL AS INTERVENORS** |

**STIPULATION OF PARTIES AND PROPOSED ORDER DISMISSING INTERVENORS**

1. This Court granted California Assemblymembers Nathan Fletcher and John J. Benoit and California Senator David Cogdill intervening party status for purposes of opposing the issuance of a prisoner release order under consideration by this Three-Judge Court pursuant to the Prison Litigation Reform Act, 18 U.S.C. 3626 *et seq.*; and,

2. Assemblymembers Nathan Fletcher and John J. Benoit and Senator David Cogdill have evaluated whether their continued participation as Legislator Intervenors is necessary given the current posture of the case and the participation of numerous other Legislator Intervenors.

3. Assemblymembers Nathan Fletcher and John J. Benoit and Senator David Cogdill, through their counsel, have contacted legal counsel for Plaintiffs, Defendants, and Intervenor representatives as of February 18, 2010, to obtain consent to their withdrawal; and,

4. Plaintiffs, Defendants and Intervenor representatives have stipulated to dismissing Assemblymembers Nathan Fletcher and John J. Benoit and Senator David Cogdill as intervenors in the proceedings now before this Three-Judge Court; and,

5. Assemblymembers Nathan Fletcher and John J. Benoit and Senator David Cogdill request this Three-Judge Court order them dismissed, with prejudice, as intervenors in CIV 5-90-0520 LKK JFM P and No. C01-1341 TEH, as those cases are now pending before this Three-Judge Court.

IT IS SO STIPULATED.

Dated: February 22, 2010         AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/_____
    CHAD STEGEMAN
    Attorneys for Assembly and Senate
    Republican Intervenors

Dated: February 22, 2010         By: _____/s/_____
    ANNE L. KECK
    Deputy County Counsel
    Attorney for Sonoma County Intervenors

| | | |
|---|---|---|
| Dated: February 22, 2010 | By: | /s/<br>THERESA J. FUENTES<br>Deputy County Counsel<br>Attorneys for County Intervenors |
| Dated: February 22, 2010 | By: | /s/<br>WILLIAM MITCHELL<br>Assistant District Attorney<br>Attorneys for District Attorney Intervenors |
| Dated: February 22, 2010 | By: | /s/<br>MARTIN J. MAYER<br>Attorneys for Sheriff Intervenors,<br>Probation Intervenors, and<br>Chief of Correction Intervenors |
| Dated: February 22, 2010 | By: | /s/<br>NATALIE LEONARD<br>Attorneys for Intervenor<br>California Correctional Peace Officer's Association |
| Dated: February 22, 2010 | By: | /s/<br>MICHAEL BIEN<br>Attorneys for *Coleman* Plaintiffs |
| Dated: February 22, 2010 | By: | /s/<br>DONALD SPECTER<br>Attorneys for *Plata* Plaintiffs |
| Dated: February 22, 2010 | By: | /s/<br>KYLE LEWIS<br>Deputy Attorney General<br>Attorney for *Coleman* Defendants |
| Dated: February 22, 2010 | By: | /s/<br>PAUL MELLO<br>Attorney for *Plata* Defendants |

I declare under penalty of perjury under the laws of the State of California, and pursuant to General Order 45(x)(B), that I obtained approval of this Stipulation from each signatory listed above. Executed on this 22nd day of February, 2010 at San Francisco, California.

| | |
|---|---|
| Dated: February 22, 2010 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | By: /s/<br>TERESA W. WANG<br>Attorneys for Assembly and Senate Republican Intervenors |

Pursuant to Stipulation, Legislator Intervenors Nathan Fletcher, John J. Benoit, and David Cogdill are dismissed from CIV S-90-0520 LKK JFM P and No. C01-1351 TEH with prejudice.

**IT IS SO ORDERED.**

Dated:   02/22/10

_/s/ Stephen Reinhardt_
STEPHEN REINHARDT
UNTIED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated:   02/22/10

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated:   02/22/10

_/s/ Thelton E. Henderson_
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA