IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

          Plaintiffs,                No. 2:90-cv-0520 LKK JFM (PC)

     vs.

ARNOLD SCHWARZENEGGER,
et al.,

          Defendants.         ORDER

_____/

         On December 11, 1995, this court entered an order referring this matter to a

special master and directing that the special master's fees and expenses be borne by the

defendants as part of the costs of this action. In the December 11, 1995 order, the court directed

defendants to deposit the sum of $250,000.00 with the Clerk of the Court, said amount to be

invested in an interest-bearing account. By subsequent orders, the court has directed defendants

to deposit additional interim payments totaling $34,750,000.00 with the Clerk of the Court. A

significant amount of work remains to be done by the special master and additional funds are

required to pay his fees and expenses.

         Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

         1. Within forty-five days from the date of this order, defendants shall deposit with

the Clerk of the Court a sixty-sixth interim payment of costs in the amount of $750,000.00 which

amount shall be invested in the interest-bearing account previously opened for this action; and

1      2. The Clerk of the Court is directed to serve a copy of this order on the Financial

2  Department of this Court.

3  DATED:   February 24, 2010.

4

5  _____

6  LAWRENCE K. KARLTON
   SENIOR JUDGE
7  UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26